UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLEAR BLUE INSURANCE COMPANY,

    Plaintiff,

v.                                         Case No. 8:22-cv-01212-MSS-AEP

A + SIGN SERVICE, INC., a Florida for
Profit Corporation; RHONDA FUSSELL,
Individually and as Parent and Natural
Guardian of S.F., a minor, JOS. A. BANK
CLOTHIERS, INC., a Delaware for Profit
Corporation; ACTION SERVICES GROUP,
INC., a Pennsylvania for Profit Corporation;
and CASTO-OAKBRIDGE VENTURE, LTD.,
a Florida Limited Partnership,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court upon Plaintiff's Motion for Order Directing Clerk to Mail Pleadings to Defendant A+ Sign Service, Inc. (Doc. 34). According to Plaintiff, it has Published its Notice Action pursuant to the Court's Order (*see* Doc. 33). Pursuant to Section 49.12, Florida Statutes:

> If the residence of any party to be served by publication is stated in the sworn statement with more particularity than the name of the state or country in which the defendant resides, *the clerk or the judge shall mail a copy of the notice by United States mail, with postage prepaid, to each defendant within ten (10) days after making or posting the notice, the date of mailing noted on the docket with a copy of the pleading for which the notice was issued*.

§49.12, Fla. Stat. (emphasis added).

Accordingly, it is hereby

ORDERED:

1. The Clerk is DIRECTED to issue the Notices of Action (*see* Doc. 34-1; Doc. 34-2) together with a copy of the summons and Plaintiff's Complaint for Declaratory Judgment to Defendant A + Sign Service, Inc. to the mailing address identified by Plaintiff (*see* Doc. 34, at 5; Doc. 34-3).

DONE AND ORDERED in Tampa, Florida, on this 10th day of November, 2022.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc:   Counsel of Record